# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO HERNANDEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>CYNTHIA TAMPKINS, Warden,<br><br>　　　　　　Respondent. | Case No. LACV 16-4771-PA (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

DATED: November 25, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE PERCY ANDERSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE