# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO HERNANDEZ, | Case No. LACV 16-4771-PA (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CYNTHIA TAMPKINS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 25, 2017

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE